103 So.2d 44

**Edward P. EVANS**

**v.**

**STATE.**

**7 Div. 404.**

Supreme Court of Alabama.

May 22, 1958.

Love & Hines, Talladega, for petitioner.

John Patterson, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Edward P. Evans for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Evans v. State, 103 So.2d 40.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

99 So.2d 704

**Thomas E. HAYES**

**v.**

**STATE.**

**6 Div. 205.**

Supreme Court of Alabama.

Oct. 31, 1957.

Rehearing Denied Jan. 23, 1958.

E. M. Ford, Jr., Tuscaloosa, for petitioner.

John Patterson, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Thomas E. Hayes for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in Hayes v. State, 99 So.2d 703.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

103 So.2d 373

**INTERNATIONAL UNION, UNITED AUTOMOBILE WORKERS, etc., et al.**

**v.**

**James W. THOMPSON.**

**8 Div. 821.**

Supreme Court of Alabama.

Aug. 28, 1958.

Adair & Goldthwaite, Atlanta, Ga., and Sherman B. Powell, Decatur, for appellants.

Harris & Harris, Decatur, for appellee.

LIVINGSTON, Chief Justice.

Appeal dismissed by agreement.

LAWSON, STAKELY and COLEMAN, JJ., concur.